**Motion Denied and Order filed April 20, 2021**



In The

# Fourteenth Court of Appeals

_____

## NO. 14-20-00800-CR
_____

**THE STATE OF TEXAS, Appellant**

**V.**

**JOSE LUIS DAVILA, Appellee**

**On Appeal from County Criminal Court at Law No. 8**
**Harris County, Texas**
**Trial Court Cause No. 2240243**

## ORDER

This is an appeal by the State of Texas under article 44.01(a)(1) of the Code of Criminal Procedure. This court is statutorily required to give precedence in its docket to an appeal filed under article 44.01(a). *Id.* art. 44.01(f). An appeal under article 44.01(a) is an accelerated appeal. *See id.* art. 44.01(d) (appeal under article 44.01(a) must be filed within 20 days after the date on which order, ruling, or sentence to be appealed is entered by the trial court); Tex. R. App. P. 28.1(a) (appeals required by law to be filed or perfected within less than 30 days after the date of the

order or judgment being appealed are accelerated appeals). The appellant's brief in an accelerated appeal is due within 20 days of the record being complete. *See* Tex. R. App. P. 38.6(a).

The State's brief was originally due February 8, 2021. We have granted a total of 64 days to file the State's brief until April 13, 2021. When we granted the last extension, we noted that no further extensions would be granted. No brief was filed by the due date. Instead, the State filed a further motion to extend time to file the brief.

We deny the motion to extend time and issue the following order.

We order the State to file a brief with the clerk of this court on or before **May 3, 2021**. If the State does not timely file a brief as ordered, the court will dismiss the appeal for want of prosecution. *State v. Bissing*, 169 S.W.3d 729, 730 (Tex. App.—Waco 2005, no pet.); *State v. Garza*, 88 S.W.3d 353, 354–55 (Tex. App.—San Antonio 2002, no pet.) (per curiam); *State v. Palacios*, 968 S.W.2d 467, 468 (Tex. App.—Fort Worth 1998, no pet.) (per curiam).

PER CURIAM

Panel consists of Justices Wise, Zimmerer, and Poissant.